# United States Bankruptcy Court
## Central District of California

In re:
Rose Nellie Lewis

CASE NO.: 2:15-bk-26208-NB

DATE OF FILING: 10/21/15

CHAPTER.: 13

## NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED OR SIGNED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the Case Management/Electronic Case Filing (CM/ECF) system without the following documents and/or information as required by FRBP 1007 and LBRs 1002-1 and 1007-1(a):

- ☐ Statement of Social Security Number(s) (Official Form B21) (Individual debtors only) must be submitted in accordance to section 3-6(b) of the Court Manual [FRBP 1007(f); LBR 1002-1]
- ☐ Signature(s) on Petition of Attorney (Official Form B1) [FRBP 9011]
- ☐ Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) [FRBP 9011] [Official Form B1-Page 2]
- ☑ Declaration Re: Electronic Filing (only for electronically-filed petitions)
- ☐ List of Creditors Holding the 20 Largest Unsecured Claims (Official Form B4) (chapter 9 and 11 cases only) [FRBP 1007(d); LBR 1002-1]
- ☐ Declaration Concerning Debtor's Schedules (Official Form B6 – Declaration (Signed))
- ☐ Verification of Master Mailing List of Creditors (Signed) [LBR 1007-1(d)] (Local Form)
- ☐ Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D,E, and F [FRBP 1007; LBR1007-1(d)] (Local Form)
- ☐ Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance to section 2- 1(a)(1)(C) of the Court Manual
- ☐ Debtor's actual street address must be provided in addition to any post office box address [LBR 1002-1(a)]

**NOTICE IS HEREBY GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

BY THE COURT

Dated: October 26, 2015

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Sharon E. Sumlin
    Deputy Clerk

ndcrnf-van197 (06/2014)                                                                                      10 / SES